IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARL D. MORGAN,

    Plaintiff,

vs.                              CASE NO. 5:08cv333/RS-MD

UNNAMED RESPONDENT
_____/

## ORDER

Plaintiff's Motion To Set Aside Default And Reinstate Case (Doc. 20) is **denied.**

**ORDERED** on April 26, 2010.

                                        /S/ Richard Smoak
                                        **RICHARD SMOAK**
                                        **UNITED STATES DISTRICT JUDGE**