**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CARL DWAYNE MORGAN,

    Plaintiff,

vs.                                CASE NO. 5:08cv333/RS-MD

UNNAMED RESPONDENT,

    Defendant.
_____/

## ORDER

Plaintiff's Request For Judicial Clarification (Doc. 22) is **denied.**

**ORDERED** on June 2, 2010.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**